UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY REIFSTECK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:04CV742 RWS |
| PACO BUILDING SUPPLY CO., | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED that** Defendant's motion to reopen discovery [#55] is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant's motion to reconsider [# 59] is **DENIED**.

**IT IS FURTHER ORDERED that** the trial setting on November 14, 2005 is **VACATED**.

**IT IS FURTHER ORDERED that** a conference to amend the case management order will be held on **November 14, 2005 at 10:00 a.m.** in Courtroom 10 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of November, 2005.